**Kellis Dion JACKSON, Petitioner—Appellant,**

v.

**B.G. COMPTON;  United States Parole Commission, Respondents—Appellees.**

No. 04–6231.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2004.

Decided: June 30, 2004.

Kellis Dion Jackson, Appellant pro se.

Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Kellis Dion Jackson, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we deny Jackson's motion for appointment of counsel, deny leave to proceed in forma pauperis, and dismiss the appeal for the reasons stated by the district court.  *See Jackson v. Compton*, No. CA–02–1109–7 (W.D.Va. Dec. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*